## INCOME LIFE INSURANCE CO. v. RICHARDSON.

Court of Appeals of Kentucky.

(Decided May 17, 1932.)

L. B. ALEXANDER for movant.

T. W. CRAWFORD, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## RICE et al. v. THOMPSON.

Court of Appeals of Kentucky.

(Decided May 31, 1932.)

F. M. JONES for movant.

J. B. WALL, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.